No. 83–7033.   MONROE v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–7035.   BEATTY ET AL. v. MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 83–7036.   SMALLS v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir. Certiorari denied.

No. 83–7037.   MONROE v. TARBUCK ET AL.   C. A. 11th Cir. Certiorari denied.

No. 83–7038.   WILSON v. GRIFFIN.   C. A. 6th Cir.   Certiorari denied.

No. 83–7040.   LEWIS v. DeROBERTIS, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–7042.   DAVIDSON v. LUTHER, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 83–7043.   QUALLS v. TULLAHOMA CONCRETE PIPE CO. C. A. 6th Cir.   Certiorari denied.

No. 83–7045.   SMITH v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 83–7046.   ROGERS v. BRUNTRAGER ET AL.   C. A. 8th Cir. Certiorari denied.

No. 83–7049.   JOHNSON v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 83–7050.   GIBBS v. PHELPS ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–1.   ROHM & HAAS CO. v. CRYSTAL CHEMICAL CO. ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 84–2.   GARLOCK INC. v. W. L. GORE & ASSOCIATES, INC. C. A. Fed. Cir.   Certiorari denied.